UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
DIVISION

CIVIL ACTION NO. 2:18-CV-00236-DCN

| | |
|---|---|
| Tina Huey,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Daniel Dowd and Dana Foster,<br><br>　　　　　　Defendants. | **AFFIDAVIT OF DANIEL DOWD** |

**PERSONALLY** appeared before me, Daniel Dowd, being duly sworn, deposes and says:

1. That deponent is a citizen and resident of the County of Charleston, State of South Carolina.

2. That I am over the age of 18.

3. That I currently reside at 654 Fort Sumpter Dr. Charleston, South Carolina.

4. That I have resided at this address since 1/1/18.

5. That I have not resided in Connecticut in approximately 10 years.

6. I have not been served with suit papers in this matter.

**FURTHER AFFIANT SAYETH NOT.**

_____
Daniel Dowd

Sworn to before me this

__10__ day of May, 2018.

_____ (SEAL)
exp Feb. 4 2031
State of SC